# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** ) | |
|       vs. ) | **Docket Number: 1:05CR0066-01 AWI** |
| **Kenneth White** ) | |

On November 22, 1996, the above named was placed on supervised release for a term of 5 years, which commenced on October 10, 2003. Special conditions included a requirement that he report to the Probation Office upon release from the Bureau of Prisons, pay any financial obligation imposed by the Court, not possess a firearm, provide any requested financial information, submit to mandatory testing, participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, and submit to drug testing.

On December 25, 2004, the defendant was cited for a violation of Vehicle Code section, 23152(a)(b), Driving Under the Influence of Alcohol and in violation of the general condition not to commit another federal, state, or local crime. However, other than this violation, the defendant has complied with all conditions and special conditions of supervision and has not been involved in any further criminal activities. Furthermore, it should be noted the defendant has been gainfully employed since his release on supervision and generally seems to have assimilated back into the community as a productive member of society since his release from the Bureau of Prisons. It is the opinion of the Probation Officer that he has derived the maximum benefit from supervision and is not in need of continued supervision.

                                               Respectfully submitted,

                                               /s/ Tim Mechem

                                               **Tim Mechem**
                                     **United States Probation Officer**


**Reviewed by:**      /s/ Bruce A. Vasquez
                        **Bruce A. Vasquez**
                        **Supervising United States Probation Officer**

## ORDER OF COURT

It is ordered that the defendant be discharged from
probation and that the proceedings in the case be terminated.


cc:     United States Attorney's Office


IT IS SO ORDERED.

Dated:   **October 10, 2007**              **/s/ Anthony W. Ishii**
                                  UNITED STATES DISTRICT JUDGE